1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  TONY RAE-HERNANDEZ JONES,            )      No. C 15-5311 RMW (PR)
                                         )
12              Plaintiff,                )      ORDER OF DISMISSAL
                                         )
13       v.                               )
                                         )
14  UNKNOWN,                              )
                                         )
15              Defendant.                )
                                         )
16

17   On November 19, 2015, plaintiff, proceeding pro se, filed a "mental health treatment
18   plan" in this court. That same day, the Clerk notified plaintiff that he had not paid a filing fee,
19   nor had he filed an application to proceed in forma pauperis ("IFP"). The Clerk also notified
20   plaintiff that he failed to submit a complaint. Along with the deficiency notices, plaintiff was
21   provided with a new IFP application and instructions for completing it. Plaintiff was further
22   cautioned that his failure to either file a completed IFP application or pay the filing fee within
23   twenty-eight days would result in the dismissal of this action. In addition, plaintiff was advised
24   that his failure to file a complaint within twenty-eight days would result in the dismissal of this
25   action. To date, plaintiff has not paid his filing fee, filed a completed IFP application, or filed a
26   complaint.
27   Thus, the instant action is DISMISSED without prejudice. The Clerk shall enter
28   judgment and close the file.

Order of Dismissal
P:\PRO-SE\RMW\CR.15\Jones311disifpcomp.wpd

IT IS SO ORDERED.

DATED: 1/13/2016

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge